## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

**LEONITE FUND I, LP**,

    Plaintiff,

v.

**HAWAIIAN SPRINGS, LLC** and **HSW HOLDINGS CORPORATION,**

    Defendants.

---

### COMPLAINT FOR APPOINTMENT OF A RECEIVER
---

Plaintiff Leonite Fund I, LP, by and through its undersigned counsel, submits this Complaint for Appointment of Receiver against Hawaiian Springs, LLC and HSW Holdings Corporation (the "Defendants," or "Hawaiian Springs").

### PARTIES, JURISDICTION, AND VENUE

1. Leonite Fund I, LP ("Leonite") is a limited partnership with a principal place of business in Spring Valley, New York.

2. Leonite's sole general partner is Leonite Advisors LLC.

3. Leonite Advisors LLC has three individual members who reside in New York and New Jersey.

4. Leonite Advisors LLC is authorized to do business in the State of Colorado, as a foreign limited partnership, and has been so authorized since on or about August 4, 2021 (Colorado Secretary of State ID Number 20211721587).

5. Hawaiian Springs LLC ("HSLLC") is a limited liability company with its principal place of business in Hawaii.

6. Hawaiian Springs LLC has two members, one of which resides in California and the other is HSW Holdings Corporation.

7. HSW Holdings Corporation is a corporation with its principal place of business located in Hawaii.

8. Subject matter jurisdiction is proper in that all plaintiffs are citizens of different states than the defendant and the matter in controversy exceeds the sum or value of $75,000.

9. Personal jurisdiction is proper in Colorado against Defendants because the Defendants sell products in Colorado and because the Receiver proposed, and voluntarily agreed to, by all parties is an individual who resides in Colorado.

10. Venue is proper in this forum pursuant to 28 U.S.C.A. § 1391(b) because the proposed Receiver is a citizen of Colorado who resides in Colorado.

11. Furthermore, on January 1, 2024, the parties agreed to be governed by the laws of the State of Colorado and to venue in state and federal courts located in Colorado. *See* Exhibit E, incorporated herein by reference.

## GENERAL ALLEGATIONS

12. HSLLC is a producer of premier bottled water products.

13. HSLLC's business operations are located on a parcel of land of approximately seven acres, located at 16-305 Volcano Road, Kea'au, Hawaii.

14. HSLLC leases the land (the "Leased premises") pursuant to a lease agreement between HSLLC and Hawaii Brewery Development Co., Inc. ("HBDC").

15. HSW is a holding company which owns a percentage of the issued and outstanding shares of HSLLC and is the Manager of HSLLC.

16. Leonite Fund I, LP loaned money to HSLLC and HSW (the "Borrowers"), as evidenced by a Senior Secured Promissory Note (the "Promissory Note") with Leonite as Holder, and as amended by a First Amendment to Senior Secured Convertible Promissory Note, dated March 20, 2023 (the "First Amendment"), and a Pledge and Security Agreement, dated September 28, 2022 (the "Security Agreement"), in which HSLLC and HSW granted Leonite a Security Interest in certain collateral.

17. The Senior Secured Promissory Note is dated September 28, 2022 and incorporated by reference. *See* Exhibit A.

18. Pursuant to the Promissory Note, Leonite is entitled to the appointment of a Receiver and consistent with its obligations, HSLLC has consented to the appointment of a Receiver. *See* Promissory Note, Exh. A, at ¶ 4.1.5.

19. The parties documented Leonite's rights in their Pledge and Security Agreement dated September 28, 2022, a copy of which is attached hereto as Exhibit B (the "Pledge and Security Agreement").

20. Leonite was granted a security interest in all of HSLLC's collateral including its Lease and other contracts.

21. HSLLC is in default on the loan.

22. HSLLC is or was a defendant in a breach of contract and eviction lawsuit through which HBDC sought to evict HSLLC and to recover alleged monetary damages.

23. Pursuant to the Pledge and Security Agreement, Leonite has the right to the appointment of a receiver "as a matter of right" upon an event of default. *See* Pledge and Security Agreement, Exhibit B at Section 7(a)(i)(G).

24. Subsequent to the filing of the aforementioned breach of contract and eviction lawsuit, Leonite loaned additional funds to HSLLC to bring HSLLC current on its rent and other obligations to HBDC.

25. Leonite is concerned that HSLLC will continue to default on its lease obligations to the detriment of Leonite and its collateral.

26. If HSLLC were to be evicted from the Leased Premises, HSLLC would lose its sole source of premier water and would not be able to remain in business, causing substantial damages to the creditors, investors and employees of HSLLC and HSW including Leonite.

27. On or about December 13, 2023, Leonite sent a notice of default to HSW and HSLLC asserting that they were in default of their payment obligations under the Promissory Note and that, as of that date, the sum of $2,254,323.58 was due and owing by Borrowers to Leonite.

28. HSW and HSLLC do not have sufficient assets to pay this sum.

29. On December 26, 2023, HSLLC agreed to the appointment of a receiver due to the financial issues and crises it is facing. *See* Exhibit C.

30. On December 26, 2023, HSW also agreed to the appointment of a receiver due to the financial issues and crises it is facing. *See* Exhibit D.

31. Without the appointment of a receiver pursuant to Fed. R. Civ. P. 66 and C.R.S. 38-38-602(3), the interests of Leonite and other creditors are in dire jeopardy.

32. On January 1, 2024, the parties agreed to be governed by the laws of the State of Colorado and to venue in state and federal courts located in Colorado. *See* Exhibit E, incorporated herein by reference.

**FIRST CLAIM FOR RELIEF**
**(Appointment of a Receiver)**

33. Plaintiff incorporates by reference all prior allegations as though fully set forth herein.

34. The Collateral securing Plaintiff's loan is of a nature to require the appointment of a receiver to carry out the intent and purpose of the Security Agreement and Loan Documents, in order that the Collateral will not be lost, misappropriated, or misused, and so that its value will not be diminished.

35. Borrowers agreed to the appointment of a receiver as set forth in the Unanimous Written Consents of the Members and Sole Manager of Hawaiian Springs, LLC, as well as in the Promissory Note and in the Pledge and Security Agreement.

36. Pursuant to the agreements of the parties described above, applicable federal and Colorado law, Leonite seeks the appointment of a receiver by appropriate Motion in this action, to serve as Receiver of the Collateral.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a) Enter judgment in favor of Plaintiff and against the Defendant on Plaintiff's claim for the appointment of a Receiver;

and

b) Award Plaintiff such other and further relief as this Court deems just and proper.

<u>Plaintiff's Address:</u>

<u>1 Hillcrest Center Drive</u>
<u>Suite 230</u>
<u>Spring Valley, New York 10977</u>

Dated: January 18, 2024            Respectfully submitted,

*/s/ Aaron A. Garber*
Aaron A. Garber, #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
agarber@wgwc-law.com

And

6

Zvi Raskin, Esquire
1 Hillcrest Center Drive
Suite 230
Spring Valley, New York 10977
Telephone: 845.202.3999
E-Mail: zr@raskinlegal.com