# Hawaiian Springs
## Vendor Balance Summary
### All Transactions

| NAME OF CREDITOR | AMOUNT |
|---|---:|
| Accent Marketing | 45,500.00 |
| Account Payable - Original | 193,501.94 |
| Accraply | 901.60 |
| Ace Cloud Hosting (Auto) | 245.58 |
| Adrian A. Plesha (term 4-1-22) | 60,000.00 |
| Albertson Companies | 2,987.30 |
| Alert Alarm Hawaii (auto) | 418.35 |
| ALTRES (Auto) | 68,094.11 |
| AM&A Technical Service | 8,800.00 |
| Amcor | 5,283.83 |
| Approved Freight Forwarders | 22,843.27 |
| ArcBest | 492.59 |
| Arkansas Department of Health | 125.00 |
| Atlas Recycling Centers, LLC. | 1,792.75 |
| Backyard Monkey | 484.29 |
| BDO | 15,790.55 |
| CalRecycle | 61,965.48 |
| CB Neptune Holdings, LLC | 2,500.00 |
| Charles E. Baker (Palimedia) | 27,875.53 |
| Chun Kerr LLP | 41,854.15 |
| Cogency Global Inc | 300.00 |
| Commonwealth of Massachusetts | 300.00 |
| Creative Arts Hawaii | 1,489.53 |
| Darryl Nakamoto | 3,002.58 |
| Department of Health, State of Hawaii | 66,531.08 |
| Department of Water Supply | 501.70 |
| Duane Moore | 196,722.36 |
| Edge Analytical | 556.00 |
| Edict Systems (GroceryEC) (Auto) | 80.00 |
| EMD Millipore Corporation | 617.55 |
| Eversheds Sutherland | 1,530.00 |
| Evolved Commerce | 11,008.35 |
| Evoqua Water Technologies LLC | 2,843.06 |
| FedEx | 16,914.65 |
| FineWaters Media LLC | 1,500.00 |
| Formosa Flexible Packaging America | 19,747.92 |
| Freeman (online) | 7,819.49 |
| Gardner Denver | 6,372.09 |
| Genesis Computer Solutions | 19,890.25 |
| Gottlieb Project Management Corporation | 26,642.28 |
| Greg Tolver Business Development | 825.94 |
| HAFF LLC | 243.75 |
| Hawaii Brewery Development | 151,669.51 |
| Hawaii Electric Light Company | 56,873.21 |
| Hawaii Food & Water Testing | 309.95 |

# Hawaiian Springs
## Vendor Balance Summary
### All Transactions

| NAME OF CREDITOR | AMOUNT |
|---|---:|
| Hawaii Food Industry Association | 3,155.00 |
| Hawaii Visitors & Convention Bureau | 500.00 |
| HDT | 4,240.77 |
| Hirayama Bros. Electric | 471.21 |
| Hub Group/Casestack | 12,755.00 |
| Illinois Departmente of Public Health | 200.00 |
| Inkgenda | 1,425.00 |
| Insperity | 8,000.00 |
| International Cash Funding | 107,280.50 |
| Intrastate Distributors (v) | 15,291.11 |
| Ivie & Associates, LLC | 695.36 |
| JBM Sales & Marketing | 3,445.95 |
| JFDS LLC | 4,240.00 |
| KHNL/KGMB | 7,329.85 |
| Kirsten Gum | 3,992.53 |
| Knockout Consultants | 117,550.00 |
| Lewis Cohen | 6,701.50 |
| Liles Celona | 70,000.00 |
| Louisiana Department of Health | 37.00 |
| Marshalls (v) | 648.00 |
| Matson | 100,948.29 |
| Mercantile Trucking Service | 6,476.61 |
| Merch Dept LLC | 23,386.16 |
| Michael Ridolfo | 4,819.11 |
| Microsoft (auto) | 620.23 |
| Mississippi State Department of Health | 264.50 |
| MPI Label Systems | 47,672.36 |
| MRL Group | 13,216.25 |
| Nevada DPBH (online) | 175.00 |
| Nurdyk LLC | 1,246.07 |
| NW Beverages LLC (v-net) | 2,672.29 |
| Oahu Publications, Inc. | 9,726.29 |
| Odom Corporation (v -net) | 3,481.31 |
| Oklahoma State Department of Health | 335.00 |
| Olivia Meyer | 3,545.53 |
| OTG Mgmt | 107,000.00 |
| Pacific Cap Company (wire) | 22,680.63 |
| Pacific Rim Packaging | 300.00 |
| Pacific Transportation Lines, Inc. | 3,680.00 |
| Pacific Waste | 29.28 |
| Paradise Beverages Inc. | 2,634.50 |
| Pasha Hawaii Holdings, LLC | 20,818.98 |
| Patriot Software | 17.77 |
| PEMCO | 13,893.78 |
| Pint Size Hawaii (net) | 24,684.86 |

1:02 PM
04/25/24

## Hawaiian Springs
## Vendor Balance Summary
### All Transactions

| NAME OF CREDITOR | AMOUNT |
|---|---:|
| Prestigious Logistics | 13,753.79 |
| ProService | 173,926.79 |
| Quad Media Solutions | 15,800.04 |
| RCSB Shipping, LLC | 3,664.92 |
| Real Soda in Real Bottles, Ltd. | 16,572.00 |
| Reddaway | 1,113.05 |
| RNDC GA (v) | 3,800.06 |
| RNDC VA (v) | 311.27 |
| Ryder Transportation | 9,080.90 |
| Sayers Technical Solutions (online) | 353.40 |
| Shelco Filters | 1,851.52 |
| Shippers a Signode Brand | 3,938.26 |
| Sidel, Inc | 52,328.23 |
| Sound Beverage Distributors (v) | 112.00 |
| Starr and Company, Inc. | 5,761.65 |
| State of Connecticut (online) | 165.00 |
| State of Maine | 150.00 |
| State of Michigan | 25.00 |
| State of New Hampshire (online) | 475.00 |
| State of New Jersey | 650.00 |
| State of Vermont | 2,780.00 |
| Super Store Industries (v) | 1,040.90 |
| Taylor Communications | 16,929.32 |
| Terminix | 1,614.60 |
| TPG | 45,000.00 |
| Tri-State Brandz (v) | 3,545.80 |
| Ultimate Corporate Advertising | 4,500.00 |
| UNFI (accr) | 3,989.29 |
| United Pickleball Management | 10,000.00 |
| USPS | 81.00 |
| Valassis Communications, Inc. | 9,384.90 |
| Viv, LLC | 63,086.90 |
| William J. Caragol | 14,944.06 |
| Wonzo Group | 88,985.01 |
| Young Brothers (DC) | 736.67 |
| **TOTAL** | **2,508,482.48** |

**EXHIBIT 1**