# Hawaiian Springs
## Balance Sheet
### As of April 25, 2024

|  | Apr 25, 24 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       FHB - Main - *2967 | -1,272.42 |
|       Petty Cash - Keaau | 997.92 |
|       Leonite Bank | 58,927.42 |
|       Southstar Lockbox | 24,772.66 |
|       Clearing Account | 24,986.67 |
|     **Total Checking/Savings** | 108,412.25 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 65,296.31 |
|     **Total Accounts Receivable** | 65,296.31 |
|     **Other Current Assets** | |
|       Prepaid Expenses | 14,428.59 |
|       Prepaid Inventory Costs | 668.32 |
|       Inventory | |
|         Raw Materials | 258,612.11 |
|         Finished Goods | 56,553.42 |
|       **Total Inventory** | 315,165.53 |
|     **Total Other Current Assets** | 330,262.44 |
|   **Total Current Assets** | 503,971.00 |
|   **Fixed Assets** | |
|     **Right of Use - Plant** | |
|       Right of Use Plant | 1,432,861.22 |
|       Accumulated Depr - Plant | -216,652.48 |
|     **Total Right of Use - Plant** | 1,216,208.74 |
|     **Bottling Equipment** | |
|       Bottling Equipment | 400,000.00 |
|       Accum Depr - Bottling Equip | -300,000.15 |
|     **Total Bottling Equipment** | 99,999.85 |
|     **Intangible Assets** | |
|       Intangible Asset | 2,723,704.28 |
|       Accum Amort - Intangible | -419,748.75 |
|     **Total Intangible Assets** | 2,303,955.53 |
|   **Total Fixed Assets** | 3,620,164.12 |
| **TOTAL ASSETS** | **4,124,135.12** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 2,106,549.73 |
|         Account Payable - Original | 193,501.94 |
|         Accrued Liabilities | 208,324.25 |
|       **Total Accounts Payable** | 2,508,375.92 |
|       **Other Current Liabilities** | |

1:30 PM
04/25/24
Accrual Basis

# Hawaiian Springs
# Balance Sheet
## As of April 25, 2024

|  | Apr 25, 24 |
|---|---:|
| Deferred Revenue | 5,366.25 |
| **Total Other Current Liabilities** | 5,366.25 |
| **Total Current Liabilities** | 2,513,742.17 |
| **Long Term Liabilities** |  |
| Leonite Factoring Advance | 21,646.39 |
| Leonite | 1,240,979.79 |
| Lease Liability | 1,322,570.59 |
| HSWAC Advance | 115,948.23 |
| Note Payable - EID Loan | 135,727.66 |
| Notes Payable - PEMCO | 2,865,496.00 |
| Pre-Petition Liabilities | 328,995.04 |
| **Total Long Term Liabilities** | 6,031,363.70 |
| **Total Liabilities** | 8,545,105.87 |
| **Equity** |  |
| Member Equity |  |
| Michael Croghan | 27,611.56 |
| Lew Cohen | 100,527.82 |
| Duane Moore | 271,922.47 |
| Member Equity | 522,697.34 |
| Parent Company Advances | 3,596,207.61 |
| Interco Payable - HSW Holdings | 956,363.32 |
| **Total Member Equity** | 5,475,330.12 |
| Retained Earnings | -9,749,108.26 |
| Net Income | -147,192.61 |
| **Total Equity** | -4,420,970.75 |
| **TOTAL LIABILITIES & EQUITY** | **4,124,135.12** |