**Strongbow Advisors**
387 Corona Street
Suite 555
Denver, CO 80218
720-442-7000
http://www.receiverships.us

April 30, 2024

Hawaiian Springs Water

**Invoice Number: 148**
Invoice Period: 01-30-2024 - 04-30-2024

Payment Terms: Upon Receipt

**RE: Hawaiian Springs Water**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-30-2024 | Robert Stevens | Drive and appear at appointment hearing. Meet with counsel. | 2.20 | 450.00 | 990.00 |
| 02-01-2024 | Jodi Stevens | Bookkeeping. Calls and emails with staff requesting further information on accounts. Review old emails. QB entering missing payments that went to Leonite / factoring and printing records and reports. | 4.00 | 250.00 | 1,000.00 |
| 02-01-2024 | Robert Stevens | Appointment order review and discuss with counsel. Targeting next steps and actions. | 1.10 | 450.00 | 495.00 |
| 02-02-2024 | Jodi Stevens | Bookkeeping - call with Mike R reviewing accounts and info to identify points of contact. | 0.60 | 250.00 | 150.00 |
| 02-02-2024 | Jodi Stevens | Bookkeeping -meet with Receiver to review new information. Discuss 5 AJE companies. | 0.50 | 250.00 | 125.00 |
| 02-02-2024 | Jodi Stevens | Bookkeeping - Contact Southstar. (records missing). l/m for Interstate . L/m for Supervalu (Marissa) mailbox full for many days. Follow-up and obtain contact info. CS Consultants. Curt smith. . Contact CS him via LinkedIn. Chanel and Bottega - giving them until Tuesday to respond and I'll escalate. Odom - Mike sent email to change remit and correct invoices/corrections. Email Mike and Olivia for contact info for Ross. | 1.50 | 250.00 | 375.00 |
| 02-02-2024 | Jodi Stevens | Bookkeeping - QB - review and correct journal and transaction entries for Receiver reports. | 0.20 | 250.00 | 50.00 |
| 02-05-2024 | Robert Stevens | Call with creditors regarding management and background information. | 0.70 | 450.00 | 315.00 |
| 02-05-2024 | Robert Stevens | Email to D Moore regarding response and coordination of action steps. | 0.50 | 450.00 | 225.00 |
| 02-05-2024 | Robert Stevens | Preparation of action items and review of corporate background and issues. | 1.70 | 450.00 | 765.00 |

We appreciate your business           Page 1 of 10

**EXHIBIT 6**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-05-2024 | Robert Stevens | Discussion with counsel re landlord action and next steps. | 0.50 | 450.00 | 225.00 |
| 02-06-2024 | Robert Stevens | Email and calls with D Moore. Review the checklist and points of contact. Discuss the timing and coordination of the call with the controller, D Nakamoto. | 1.10 | 450.00 | 495.00 |
| 02-06-2024 | Robert Stevens | Research national bank issues and locations for estate banking. | 0.50 | 450.00 | 225.00 |
| 02-06-2024 | Robert Stevens | Discussion with S Chanin regarding co-packing and logistic work. | 0.70 | 450.00 | 315.00 |
| 02-08-2024 | Robert Stevens | Email to D Nakamoto regarding the call and document list, call to the creditor. | 0.20 | 450.00 | 90.00 |
| 02-08-2024 | Robert Stevens | Call D Nakamoto regarding the information and requested items. Follow up with D Moore regarding timing, business dynamics, and employees. | 1.00 | 450.00 | 450.00 |
| 02-09-2024 | Robert Stevens | Initial review of documentation provided by D. Nakamoto: financial reports, bank statements, | 2.10 | 450.00 | 945.00 |
| 02-12-2024 | Robert Stevens | Call with former director (AP). Discuss corporate, financial, logistical, and personnel issues with HSW. | 0.70 | 450.00 | 315.00 |
| 02-12-2024 | Robert Stevens | Emails from creditors and employees. Set up QuickBooks access. Obtain points of contact for receivables. Emails and calls regarding onsite visits. Counsel re same and finalized post-appointment activities. | 1.10 | 450.00 | 495.00 |
| 02-12-2024 | Robert Stevens | A cursory review of sections in Brownstein's report regarding water and property issues for the location. | 0.50 | 450.00 | 225.00 |
| 02-13-2024 | Robert Stevens | Confer with Counsel. | 0.70 | 450.00 | 315.00 |
| 02-13-2024 | Robert Stevens | Call with operations employees M Ridopho and O Meyer. Discuss amounts owed and claims process for past wages and consulting agreement on a go-forward basis. DIscuss logistics and sales issues. Informed of raw material on location in Hilo that could produce 15k cases. Review sales channels and other assorted operational items. | 0.80 | 450.00 | 360.00 |
| 02-13-2024 | Robert Stevens | Objection to stay documentation. Review jurisdiction, due process, and exclusive jurisdiction issue. See Clark Section 522 re: nvestigation and determination. | 1.10 | 450.00 | 495.00 |
| 02-15-2024 | Robert Stevens | Bank appointment, finalize account setup. Coordination regarding amounts claimed to be owed by landlord and resolution. Confer with counsel. Emails to staff regarding receivables and accounting access. | 2.20 | 450.00 | 990.00 |

We appreciate your business

**EXHIBIT 6**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-16-2024 | Robert Stevens | Emails and team video calls with OM and MR. Discuss accounting and transaction flow and ongoing questions regarding setup, location, equipment, and landlord issues. Confirm contractor status and go-forwards. | 1.10 | 450.00 | 495.00 |
| 02-16-2024 | Robert Stevens | Quickbooks setup and configuration. Report prep and items. | 1.10 | 450.00 | 495.00 |
| 02-20-2024 | Robert Stevens | Coordinate payment, discuss financing terms for current inventory, discuss with counsel re upcoming call with landlord and outcomes. | 1.20 | 450.00 | 540.00 |
| 02-20-2024 | Robert Stevens | Discuss with DM regarding access to the facility and co-packing arrangements. Discuss Sergey's possible solution and coordinate a conference call. | 0.50 | 450.00 | 225.00 |
| 02-20-2024 | Robert Stevens | Correspondence with State of HI Deposit and Beverage Program. | 0.20 | 450.00 | 90.00 |
| 02-20-2024 | Robert Stevens | Emails with staff regarding plant operational issues and shipping items for the existing product. | 0.30 | 450.00 | 135.00 |
| 02-20-2024 | Robert Stevens | Review contractor agreement and emails to staff re co-packing agreement and contact. | 0.30 | 450.00 | 135.00 |
| 02-21-2024 | Robert Stevens | Call with D Moore re utilities and scheduling for co-packing discussion. Discuss Pimco and arranging creditor call. Emails with MR re amounts due. | 0.50 | 450.00 | 225.00 |
| 02-21-2024 | Robert Stevens | Teams call with MR/OM/JS. | 1.00 | 450.00 | 450.00 |
| 02-21-2024 | Robert Stevens | Hawaiian Electric Company. Call and email, provide order, request reactivation of power services at location. | 0.50 | 450.00 | 225.00 |
| 02-21-2024 | Jodi Stevens | Bookkeeping - conference call wtih Robert, Mike Ridolfo and Olivia Meyer to discuss all the AP. | 1.00 | 250.00 | 250.00 |
| 02-22-2024 | Jodi Stevens | Bookkeeping - research on Chanel and Bottega AR accounts. | 0.50 | 250.00 | 125.00 |
| 02-22-2024 | Jodi Stevens | Bookkeeping - called Chanel and Bottega. Discussed with Bottega's customer care line and my info was sent to the store. | 0.50 | 250.00 | 125.00 |
| 02-22-2024 | Robert Stevens | Call time to Intuit regarding access to desktop file. | 0.50 | 450.00 | 225.00 |
| 02-22-2024 | Robert Stevens | Zoom call and follow-up. Serge, Doug, and Duane re: co-packing and developing business opportunities. Discuss molds, timelines, costs, and steps. | 1.30 | 450.00 | 585.00 |
| 02-22-2024 | Robert Stevens | Run and print AR reports for collection and discussion. | 0.50 | 450.00 | 225.00 |
| 02-23-2024 | Robert Stevens | Counsel discussion and update regarding the week's activities and data. | 0.50 | 450.00 | 225.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-23-2024 | Robert Stevens | Conference call (MS Teams) with Pemco Representatives. | 1.30 | 450.00 | 585.00 |
| 02-23-2024 | Robert Stevens | Emails to creditors re status on stay order. | 0.50 | 450.00 | 225.00 |
| 02-23-2024 | Robert Stevens | Call creditor Xiber regarding internet and phone and collections. Forward appointment order. | 0.20 | 450.00 | 90.00 |
| 02-23-2024 | Jodi Stevens | Bookkeeping - Spoke with Receiver re claims and orders. Updated payment info for Vlak. | 0.20 | 250.00 | 50.00 |
| 02-23-2024 | Jodi Stevens | Bookkeeping - Call with Chanel. | 0.20 | 250.00 | 50.00 |
| 02-24-2024 | Robert Stevens | Email to K. Hart regarding collection activities. Provide appointment order. | 0.30 | 450.00 | 135.00 |
| 02-26-2024 | Robert Stevens | Discussions with the creditor team regarding forward items and lease issues. | 0.50 | 450.00 | 225.00 |
| 02-26-2024 | Robert Stevens | Contractor agreements preparation. | 0.50 | 450.00 | 225.00 |
| 02-26-2024 | Robert Stevens | Calls with Internet/phone provider, sales team. Review emails regarding copacking. | 0.50 | 450.00 | 225.00 |
| 02-26-2024 | Robert Stevens | Review the lease for issues revolving around co-packing arrangements and options therein. Convey to creditors and other stakeholders. | 0.70 | 450.00 | 315.00 |
| 02-27-2024 | Robert Stevens | Emails with landlord and discussion regarding visit and requirements. Review attached lease and amendments therein. | 1.10 | 450.00 | 495.00 |
| 02-28-2024 | Jodi Stevens | Bookkeeping - got caught up on my billing | 0.20 | 250.00 | 50.00 |
| 02-28-2024 | Robert Stevens | Emails with staff. | 0.50 | 450.00 | 225.00 |
| 02-28-2024 | Robert Stevens | Email from Landlord's counsel review. Contact staff regarding trespassing issue. | 0.70 | 450.00 | 315.00 |
| 02-28-2024 | Robert Stevens | Call with W. Delgaso re case status and request for 300 ml bottles. | 0.50 | 450.00 | 225.00 |
| 02-28-2024 | Jodi Stevens | Bookkeeping - Chanel call. l/m CS Consultants; left a msg at SuperValu; emails to the team for more info. Made notes for follow-up. Print current a new statement for Chanel. | 1.00 | 250.00 | 250.00 |
| 02-29-2024 | Robert Stevens | Staff review of past due amounts written off for collection efforts. | 0.50 | 450.00 | 225.00 |
| 02-29-2024 | Robert Stevens | Follow-up call with Hawaiian Electric re appointment order sent on the 21st - they show me as not authorized on the account to reactivate services. | 0.50 | 450.00 | 225.00 |

We appreciate your business

**EXHIBIT 6**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-29-2024 | Robert Stevens | Call with Lew Cohen of HS. | 0.30 | 450.00 | 135.00 |
| 03-01-2024 | Jodi Stevens | Bookkeeping - calls and emails to vendors creditors and team. | 1.50 | 250.00 | 375.00 |
| 03-02-2024 | Jodi Stevens | Bookkeeping - sort docs for Monday and more calls. Email Darryl re journal entry issues. | 0.50 | 250.00 | 125.00 |
| 03-04-2024 | Robert Stevens | Emails with staff and communication with creditors regarding financing requirements and focus items., | 1.10 | 450.00 | 495.00 |
| 03-04-2024 | Robert Stevens | Emails, banking (deposits and setup), and correspondence with staff and creditors. | 1.10 | 450.00 | 495.00 |
| 03-05-2024 | Robert Stevens | Co packing conference call. Discuss terms and next steps. | 0.50 | 450.00 | 225.00 |
| 03-05-2024 | Robert Stevens | Creditor conference (google teams). | 1.10 | 450.00 | 495.00 |
| 03-05-2024 | Robert Stevens | Coordinate rent issues with counsel and landlord's counsel. Discuss visit and location inspection. | 0.70 | 450.00 | 315.00 |
| 03-05-2024 | Robert Stevens | Discussion with A. Steinfeld re water usage issues under the Hawaiian Code and applicable local law. | 0.50 | 450.00 | 225.00 |
| 03-06-2024 | Robert Stevens | Offering document prep. Coordinate with counsel and research issues and structure. | 1.00 | 450.00 | 450.00 |
| 03-06-2024 | Robert Stevens | Obtain account statements from HI counsel for review. | 0.50 | 450.00 | 225.00 |
| 03-11-2024 | Robert Stevens | Discussions with former plant manager, Ken T. Discuss chained off access and digging on location. Review HI code re new well requirements. | 0.70 | 450.00 | 315.00 |
| 03-11-2024 | Robert Stevens | Discussion regarding financing structure with counsel and various issues. Review articles of organization, discuss with creditor. | 1.00 | 450.00 | 450.00 |
| 03-11-2024 | Robert Stevens | Emails to creditor Merch Depot. | 0.10 | 450.00 | 45.00 |
| 03-11-2024 | Jodi Stevens | Collections - organize docs and began researching CS Consultants (AR customer) | 0.20 | 250.00 | 50.00 |
| 03-12-2024 | Robert Stevens | Review latest correspondence with landlord's counsel and issues therein. Review appointment order. | 1.00 | 450.00 | 450.00 |
| 03-12-2024 | Robert Stevens | Review landlord activity via photos from KT. Discuss with counsel regarding OSC for contempt. | 1.00 | 450.00 | 450.00 |
| 03-13-2024 | Robert Stevens | Emails with creditors and staff. Calls with staff, correspondence with counsel. | 1.70 | 450.00 | 765.00 |
| 03-14-2024 | Robert Stevens | Emails with staff and vendors. | 0.70 | 450.00 | 315.00 |

**EXHIBIT 6**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-15-2024 | Jodi Stevens | Collections - made calls and sent emails re AR. | 2.00 | 250.00 | 500.00 |
| 03-15-2024 | Robert Stevens | Travel to SNA for meeting with management and co packer. | 3.00 | 450.00 | 1,350.00 |
| 03-16-2024 | Robert Stevens | Meet with co-packer and management. Travel SNA/DEN | 5.00 | 450.00 | 2,250.00 |
| 03-18-2024 | Jodi Stevens | Collections - calls and emails from team; online searching for additional points of contact for accounting (AR) email returns from customers. | 2.20 | 250.00 | 550.00 |
| 03-18-2024 | Robert Stevens | Amend NV SOS to accommodate preferred share issuance/offering. FedEx to NV SOS. Correspondence and document review/prep. | 1.10 | 450.00 | 495.00 |
| 03-19-2024 | Robert Stevens | Calls with bottler, staff, and former management regarding bottling and funding issues. Zoom meeting. Review NDA. Accounting review for AR / AP issues and ongoing support and data management. | 2.50 | 450.00 | 1,125.00 |
| 03-20-2024 | Robert Stevens | Real Soda review and payment, Partner Slate doc review and execution for copacker, communication and documents for RC proposal to creditor's counsel, offering document share with other players, staff emails regarding sales and product inventory, review comments from investment parties, calls with staff. | 2.50 | 450.00 | 1,125.00 |
| 03-20-2024 | Jodi Stevens | Collection - follow up with AR and past due accounts. | 2.00 | 250.00 | 500.00 |
| 03-21-2024 | Robert Stevens | Review payables and inbound emails from vendors. Calls with creditor group regarding financing issues and go-forward. | 1.50 | 450.00 | 675.00 |
| 03-21-2024 | Robert Stevens | Discussion w/ DM regarding offer for capital. | 0.50 | 450.00 | 225.00 |
| 03-21-2024 | Jodi Stevens | Collections - calls and emails.  Darryl the AJE entry format, corrected per our requirements | 4.30 | 250.00 | 1,075.00 |
| 03-21-2024 | Robert Stevens | IT call with Sam Decker. Discuss office licenses and back end access and user count. | 0.50 | 450.00 | 225.00 |
| 03-25-2024 | Jodi Stevens | Collection -  emails and phone calls to all AR customers.  Review payment from Intrastate. | 3.00 | 250.00 | 750.00 |
| 03-25-2024 | Robert Stevens | Hawaiian Electric. Discuss next moves and strategy, review correspondence, law, and Jx issues. | 1.00 | 450.00 | 450.00 |
| 03-25-2024 | Robert Stevens | Rework of LLC document. Analyze authority and filing issues. Discuss with counsel. | 1.00 | 450.00 | 450.00 |
| 03-25-2024 | Robert Stevens | Zoom with bottling consultant. | 0.50 | 450.00 | 225.00 |
| 03-26-2024 | Jodi Stevens | Collections - numerous calls and emails - review amount due from customer for $13,200 owed. | 2.00 | 250.00 | 500.00 |

**EXHIBIT 6**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-26-2024 | Jodi Stevens | Collections- Numerous emails and phone calls. Prepare possible collection case. | 4.20 | 250.00 | 1,050.00 |
| 03-27-2024 | Robert Stevens | Response items for letter from landlord. Discussions with KT (Hilo) re various property issues and restart. Call with bottling company and cost / bottling issues. | 1.50 | 450.00 | 675.00 |
| 03-27-2024 | Robert Stevens | Review and discuss vendor and staff emails. No charge. | 1.50 | | No Charge |
| 03-28-2024 | Robert Stevens | Review letter from landlord's counsel. Respond with comments for reply. | 0.70 | 450.00 | 315.00 |
| 03-28-2024 | Robert Stevens | Conference with creditors, share documents and coordinate for financing. Review contract and proposal items outstanding for co-packing work. Review contracts and proposal for consultant. Discuss PPA with creditors. | 1.50 | 450.00 | 675.00 |
| 03-29-2024 | Robert Stevens | Call with creditors counsel re structure. Review jurisdictional issue. Discuss with counsel. | 1.00 | 450.00 | 450.00 |
| 04-01-2024 | Robert Stevens | Emails to vendors. Attempts to obtain keys from former employees/emails to past management. Emails from staff and team regarding inventory and order issues. | 0.70 | 450.00 | 315.00 |
| 04-09-2024 | Robert Stevens | Crafting and review of receiver certificate. Zoom with creditors. Emails with staff. | 1.70 | 450.00 | 765.00 |
| 04-10-2024 | Robert Stevens | Review and finalize red-line copy of note, forward to creditor group. | 0.70 | 450.00 | 315.00 |
| 04-11-2024 | Jodi Stevens | Collections- emails. | 0.20 | 250.00 | No Charge |
| 04-15-2024 | Robert Stevens | Call with IT group re downloading and indexing company emails. Discuss outstanding fees and costs. | 0.70 | 450.00 | 315.00 |
| 04-15-2024 | Robert Stevens | Response and recommendations regarding note offering. | 1.00 | 450.00 | 450.00 |
| 04-16-2024 | Robert Stevens | Banking/Deposits | 0.50 | 450.00 | 225.00 |
| 04-16-2024 | Robert Stevens | Call with creditor group. | 0.30 | 450.00 | 135.00 |
| 04-17-2024 | Robert Stevens | Prep and Zoom and MS Teams meetings with creditor group and industry partner. | 1.00 | 450.00 | 450.00 |
| 04-17-2024 | Robert Stevens | Finalize RC document, discuss with counsel re edits and issues. | 0.50 | 450.00 | 225.00 |
| 04-17-2024 | Jodi Stevens | Collection/Accounting: Print current statements, email customers, reconcile bank statements, email Odom regarding Wonzo's issues, reconcile customer payment records, create notes, and staff emails. Back-and-forth emails with customers. | 3.50 | 250.00 | 875.00 |

**EXHIBIT 6**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-18-2024 | Robert Stevens | Travel planning, emails and responses re vendor and product sales. | 1.00 | 450.00 | 450.00 |
| 04-18-2024 | Jodi Stevens | Bookkeeping - responding to emails and sending further invoices due. Coordinating actions with staff and confirming same. | 1.50 | 250.00 | 375.00 |
| 04-21-2024 | Robert Stevens | Discounted travel time @100/hr. | 10.50 | 100.00 | 1,050.00 |
| 04-22-2024 | Robert Stevens | Site visit with video recording. Change locks and provide new keys to employees per discussion with Marcus Bender. Buy keys and flashlights. | 4.00 | 450.00 | 1,800.00 |
| 04-23-2024 | Jodi Stevens | Collections - follow-up emails to customers. | 0.50 | 250.00 | 125.00 |
| 04-23-2024 | Robert Stevens | Travel time discounted rate. | 10.00 | 100.00 | 1,000.00 |
| 04-25-2024 | Robert Stevens | Discussions with maintenance vendors regarding reinstatement of service. | 0.50 | 450.00 | 225.00 |
| 04-25-2024 | Robert Stevens | Preparation of Status Report No. 1. | 2.00 | 450.00 | 900.00 |
| 04-25-2024 | Robert Stevens | Approval of no opposition for intervenor. | 0.30 | 450.00 | 135.00 |
| 04-25-2024 | Robert Stevens | Emails with vendors and team members. | 1.10 | 450.00 | 495.00 |
| 04-27-2024 | Robert Stevens | Status report No. 1 crafting. | 2.50 | 450.00 | 1,125.00 |
| 04-29-2024 | Robert Stevens | Status Report No. 1 crafting. | 3.00 | 450.00 | 1,350.00 |
| 04-29-2024 | Robert Stevens | Drive time to counsel meeting - no charge. | 1.50 | | No Charge |
| 04-29-2024 | Robert Stevens | Confer with counsel at her office. | 1.00 | 450.00 | 450.00 |
| | | | | Total | 54,925.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Jodi Stevens | 38.00 | 9,450.00 |
| Robert Stevens | 120.00 | 45,475.00 |
| Total | | 54,925.00 |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| None | Priority Mail for Retainer to HI Counsel | 9.85 |
| None | Check No. 8626 to Van Buren firm for a $5000 legal retainer. | 5,000.00 |
| None | Funds advanced for account opening at Wells Fargo Bank. | 500.00 |
| Airfare | United coach refundable fare cost. | 907.00 |

We appreciate your business    Page 8 of 10

**EXHIBIT 6**

| Expense | Description | Amount |
|---|---|---|
| Car Rental | Hertz car rental. | 178.00 |
| None | Parking for meeting - details on rental invoice. | 35.00 |
| Airfare | United Apr 23 | 523.10 |
| None | HA Apr 23 | 829.83 |
| None | Business Class United (Economy 1049). | 2,421.87 |
| None | Key copies for HSW with rings - Ace Hardware Keaau. | 22.53 |
| None | Locksmith fee.as invoiced and paid. | 340.31 |
| None | Hertz rental in Hilo. | 305.37 |
| None | Meals at Hotel. | 153.89 |
| | **Total Expenses** | 11,226.75 |
| | **Total for this Invoice** | 66,151.75 |

**EXHIBIT 6**

## Client Statement of Account
### As of 04-30-2024

| Case | | Balance Due |
|---|---|---|
| Hawaiian Springs Water | | 41,151.75 |
| | Total Amount to Pay | 41,151.75 |

### Hawaiian Springs Water

**Transactions**

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 01-31-2024 | Payment Received | | | (25,000.00) |
| 04-30-2024 | Invoice 148 | | | 66,151.75 |
| | | | Balance | 41,151.75 |

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 01-31-2024 | Payment | (25,000.00) | | (25,000.00) |
| 04-30-2024 | Invoice 148 | 66,151.75 | | 66,151.75 |
| | | | Balance | 41,151.75 |

**EXHIBIT 6**