

**EXHIBIT 7**



Front of building with weeds growing in gutters

**EXHIBIT 7**



Mr. Tokuda and bottling forms machine

**EXHIBIT 7**

Bottling Line



**EXHIBIT 7**

Packer line



**EXHIBIT 7**



Raw materials onsite

**EXHIBIT 7**



Approximately 26 Cases of finished product

**EXHIBIT 7**

One of three forklifts



**EXHIBIT 7**