# Zvi Raskin

Attorney at Law

1 Hillcrest Center Drive ● Suite 230 ● Spring Valley, New York 10977 ● Tel: 845.202.3999
E-mail: zr@raskinlegal.com ● www.raskinlegal.com

*Via E-Mail*

March 31, 2024

Harvey J. Lung, Esq.
Lung Rose Voss Wagnild
Topa Financial Center
700 Bishop Street
Suite 900
Honolulu, Hawaii 96813

      Re:  Leonite Fund I, LP v. Hawaiian Springs, LLC
         and HSW Holdings Corporation
         <u>Civil No. 1:24-cv-00149-NYW-STV</u>

Dear Mr. Lung:

I hope all is well.  I am writing on behalf of Leonite Fund I, LP, in response to your letter of March 25, 2024 concerning the above-referenced matter.

In your letter, you contend that the order appointing a Receiver in this matter may have improperly been obtained because the U.S. District Court for the District of Colorado did not have subject-matter jurisdiction when it ordered the appointment of the Receiver.

Your position is based on the contents of a Written Consent attached to the Complaint as Exhibit C which appears to show that Leonite Fund I, LP is a member of Defendant Hawaiian Springs LLC – thereby destroying diversity.

Notwithstanding the foregoing, I assure you that there is diversity jurisdiction here.

Hawaiian Springs LLC has two members, exactly as alleged in the Complaint; they are HSW Holdings Corp. and Lewis Cohen.  A copy of the signed operating agreement, which pre-dates the filing of the Complaint, is attached. This document, and others, confirm that the two aforementioned members are the only members of Hawaiian Springs, LLC, and that Mr. Cohen and HSW Holdings own 60% and 40%, respectively, of Hawaiian Spring LLC.

Accordingly, precisely as alleged in the Complaint, the plaintiff, on the one hand, and the defendants, on the other, are citizens of different states, and diversity jurisdiction exists.

The Consent to which you refer in your letter was drafted by me.  I included Leonite Fund I, LP as a

EXHIBIT 2

signatory – despite its not being a member of Hawaiian Springs LLC – because I wished to document (and for the other signers to see) that Leonite was consenting to the appointment of a Receiver. Because of the significant time urgency, I rushed to circulate the document and failed to clarify Leonite's role – which is a lender and not a member.

I trust that this resolves your concern. If you have any questions, please do not hesitate to contact me.

Thank you.

Very Truly Yours,

_____
Zvi Raskin, Attorney at Law

1 Hilcrest Center Drive ● Suite 230 ● Spring Valley, New York 10977 ● Tel: 845.202-3999
E-mail: zr@raskinlegal.com ● www.raskinlegal.com

EXHIBIT 2