**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-00149-NYW-STV

LEONITE FUND I, LP,

Plaintiff,

v.

HAWAIIAN SPRINGS, LLC and HSW HOLDINGS CORPORATION,

Defendants,

and

HAWAII BREWERY DEVELOPMENT CO., INC.,

Defendant, Counterclaimant, and Cross-claimant.

---

**HAWAII BREWERY DEVELOPMENT CO., INC.'S RESPONSE TO RECEIVER'S APRIL [2025] INTERIM FEE REQUEST**

---

Defendant Hawaii Brewery Development Co., Inc. ["HBDC"] responds to the Receiver's Interim April Fee Request [Docket #106 (the "Fee Request")] herein as follows:

1. HBDC reserves its standing objection but does not oppose this Fee Request on grounds of reasonableness.

WHEREFORE, Defendant Hawaii Brewery Development Co., Inc. ["HBDC"] responds to the Receiver's April [2025] Interim Fee Request herein

Respectfully submitted this 14th day of May, 2025.

*/s Alan S. Thompson*

______________________________

Alan S. Thompson (Colo. Bar #20238)
Stephen E. Kapnik (Colo. Bar # 7810)
Lohf Shaiman Jacobs PC
950 S. Cherry St., Ste 300
Denver, Colorado 80246
Telephone (303) 753-9000
Email: athompson@lohfshaiman.com

Attorneys for Defendant
Hawaii Brewery Development Co., Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 14th, 2024, I caused a true and correct copy of the foregoing to be filed and served via CM/ECF to counsel of record.

*/s Alan S. Thompson*

______________________________

Alan S. Thompson