IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00149-NYW-STV

**LEONITE FUND I, LP**,

    Plaintiff,

v.

**HAWAIIAN SPRINGS, LLC** and **HSW HOLDINGS CORPORATION,**

    Defendants,
and

**HAWAII BREWERY DEVELOPMENT CO., INC.,**

    **Defendant.**

---

### RECEIVER'S <u>UNOPPOSED</u> JUNE 2025 INTERIM FEE REQUEST

---

Robert L. Stevens, the Receiver, submits this June 2025 Interim Fee Request seeking the fees and costs he and his counsel have incurred since the prior fee request was approved.

### D.C.COLO.L.Civ.R. 7.1(a) Conferral

Undersigned counsel conferred with counsel for Hawaii Brewery Development Co., Inc. ("HBDC") and counsel for Leonite.  Leonite agrees to the request.  HBDC reserves its prior objections but does not oppose the interim fee request on grounds of reasonableness.

## BACKGROUND

Pursuant to the appointment Order, the Receiver is authorized to retain and pay counsel. Also pursuant to the appointment Order, the Receiver is to be compensated for his time. The Order states that professionals are to be paid on an hourly, weekly, or project basis. The Order further states that "Mr. Stevens' compensation for services under this Order and his reasonable out-of-pocket expenses shall be paid on a monthly or a practical basis."

Pursuant to the Order, Mr. Stevens has submitted itemized billing to his counsel and has provided the billing to counsel for the parties. Legal invoices will be submitted to the Court upon request.

The Receiver requests approval to pay his fees and costs and the fees and costs of his counsel as follows:

1. The Receiver's fees, his staff's fees, and costs, for a total of $11,530.00.
2. Attorneys at Robinson Waters & O'Dorisio, P.C. for a total amount of $2,753.60.
3. Attorneys at Chun Kerr LLP in Honolulu, HI in the total amount of $7,348.84.

## CONCLUSION

The Receiver respectfully requests an Order approving the payment of the Receiver's administrative fees and costs subsequent to the prior request as set forth herein.

Respectfully submitted this 5th day of June 2025.

ROBINSON WATERS & O'DORISIO, P.C.


By: /s/ Tracy L. Ashmore
Tracy L. Ashmore
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600
E-mail: tashmore@rwolaw.com
*Attorney for Receiver*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2025, a true and correct copy of the foregoing **RECEIVER'S JUNE 2025 INTERIM FEE REQUEST** was filed and served via CM/ECF to all counsel of record.


s/ Tiffany Arguello
For Robinson Waters & O'Dorisio, P.C.

4877-4538-4446, v. 1