IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00149-NYW-STV

**LEONITE FUND I, LP**,

    Plaintiff,

v.

**HAWAIIAN SPRINGS, LLC** and **HSW HOLDINGS CORPORATION,**

    Defendants.

---

**MOTION FOR ORDER ALLOWING HBDC'S PRINCIPAL, MARCUS BENDER, TO APPEAR AT SETTLEMENT CONFERENCE REMOTELY**

---

Defendant Hawaii Brewery Development Co., Inc. ("HBDC"), by and through its undersigned counsel, for its motion to allow HBDC's principal, Marcus Bender, to appear at Settlement Conference remotely, respectfully states as follows:

**Certificate of Conferral: Counsel** for HBDC contacted counsel for the Receiver and counsel for Plaintiff, Leonite Fund I LP to discuss the within Motion. Counsel for the Receiver takes no position on HBDC's request, and Counsel for HBDC was unable to reach counsel for Leonite.  Its position is unknown.

1.    This matter is set for a settlement conference on September 8, 2025.  At the hearing in which the Magistrate suggested the settlement conference to discuss resolution of issues raised in HBDC's Motion to Terminate Receivership, or

Alternatively, to Modify Order Appointing Receiver [Motion], counsel understood him to indicate that the parties could appear remotely.

2. Counsel inadvertently missed the requirement in the subsequent Order setting Settlement Conference [Doc #115] that individuals with settlement authority must appear at the Settlement Conference in person.

3. HBDC, a closely held entity, will appear through Marcus Bender, its president. HBDC has no other principal with the appropriate settlement authority who can appear at the settlement conference in person.

4. Requiring Mr. Bender to travel to Colorado will cause HBDC undue financial hardship and Mr. Bender unneeded stress.

5. Mr. Bender believes he can be more attentive and effective at the settlement conference if he can appear remotely from his home and not be required to travel to Colorado from Hawaii.

6. No party will be unfairly prejudiced and the Settlement Conference will have a much better chance of success if Mr. Bender is allowed to appear remotely.

WHEREFORE, Intervening Defendant HBDC respectfully requests entry of an Order allowing its principal, Marcus Bender to appear remotely at the Settlement Conference.

/s Alan S. Thompson
Alan S. Thompson #20238
Stephen E. Kapnik #7810
Lohf Shaiman Jacobs, PC
Denver CO 80246
Telephone: 303-753-9000
Email: athompson@lohfshaiman.com
*Attorneys for Intervening Defendant, Hawaii Brewery Development Co, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2025, I caused a true and correct copy of the foregoing

**MOTION FOR ORDER ALLOWING HBDC'S PRINCIPAL, MARCUS BENDER, TO APPEAR AT SETTLEMENT CONFERENCE REMOTELY**

to be filed and served via CM/ECF to counsel of record.

/s Alan S. Thompson
_____
Alan S. Thompson

3