**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-00149-NYW-STV

LEONITE FUND I, LP,

Plaintiff,

v.

HAWAIIAN SPRINGS, LLC and HSW HOLDINGS CORPORATION,

Defendants,

and

HAWAII BREWERY DEVELOPMENT CO., INC.,

Defendant, Counterclaimant, and Cross-claimant.

---

**DEFENDANT, HAWAII BREWERY DEVELOPMENT CO., INC.'S RESPONSE TO RECEIVER'S NOVEMBER 2025 INTERIM FEE REQUEST**

---

Defendant Hawaii Brewery Development Co., Inc. ["HBDC"] responds to the Receiver's November 2025 Interim Fee Request [Docket #146 (the "Fee Request")] herein as follows:

1. HBDC reserves and reasserts its standing objection but does not oppose the Fee Request on grounds of reasonableness, at this time.

2. HBDC expressly reserves its right to object to the amount and reasonableness of any attorney fees and/or costs claimed by or paid to, any counsel representing the Receiver in the Hawaii state court proceedings.

Respectfully submitted this 26th day of November 2025.

*/s Alan S. Thompson*

______________________________

Alan S. Thompson (Colo. Bar #20238)
Coan Peyton & Payne LLC
999 18th St.,
Suite S3100
Denver, Colorado 80202
Telephone (303) 861-8888
Email: athompson@lcp2law.com

Attorneys for Defendant
Hawaii Brewery Development Co., Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 26, 2025, I caused a true and correct copy of the foregoing to be filed and served via CM/ECF to counsel of record.

*/s Alan S. Thompson*

______________________________

Alan S. Thompson