IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-00149-NYW-STV | Date:   December 2, 2025 |
| Courtroom Deputy: Meghan Smotts | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

LEONITE FUND I, LP                                    Anzhelika Kaminsky

   Plaintiff,

v.

HAWAIIAN SPRINGS, LLC, and

HSW HOLDINGS CORPORATION
   Defendants.

HAWAII BREWERY DEVELOPMENT CO., INC.,     Alan Thompson

   Intervenor Defendant.

ROBERT L STEVENS                                      Tracy Ashmore

   Receiver.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING/STATUS CONFERENCE**
**Court in session:   3:07 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court for a status of the case and pending motions, Notice of Receiver's October 2025 Interim Fee Request [142], Notice of Receiver's November 2025 Interim Fee Request [146], and Motion for Order to Approve Bid Solicitations [149].

Statements by counsel and receiver, Robert Stevens.

For the reasons stated on the record, it is:

**ORDERED:**          Notice of Receiver's October 2025 Interim Fee Request [142] is
                             GRANTED.

**Notice of Receiver's November 2025 Interim Fee Request [146] is GRANTED.**

**Motion for Order to Approve Bid Solicitations [149] is GRANTED.**

**A Status Conference is set for March 10, 2026 at 10:00 a.m. in Courtroom A 402 before Magistrate Judge Scott T. Varholak.**

HEARING CONCLUDED.

**Court in recess:   3:20  p.m.**
Total time in court:    00:13 (split with related case 25-cv-01371-STV)

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.