IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-00149-NYW-STV

LEONITE FUND I, LP,

Plaintiff,

v.

HAWAIIAN SPRINGS, LLC and HSW HOLDINGS CORPORATION,

Defendants,

and

HAWAII BREWERY DEVELOPMENT CO., INC.,

Defendant, Counterclaimant, and Cross-claimant.

## STEPHEN E. KAPNIK'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR HAWAII BREWERY DEVELOPMENT CO., INC.

Stephen E. Kapnik hereby moves this Court for leave to withdraw as counsel of record for Defendant Hawaii Brewery Development Co., Inc., [HBDC].  As grounds therefore, Stephen E. Kapnik states as follows:

1. Stephen E. Kapnik entered his appearance on behalf of HBDC in 2024 and has represented it since.

2. Subsequently, Alan S. Thompson, now of the law firm of Coan Payton and Payne (CPP) entered his appearance on behalf of HBDC and remains as active counsel for HBDC.

3. The Entry of Appearance by Mr. Thompson and CPP as counsel to HBDC obviates the need for HBDC to continue to engage and pay for Mr. Kapnik's services and Mr. Kapnik is in the process of retiring from the practice of law , thus, good cause exists for this Motion to Withdraw.

1

4.  HBDC continues to be represented by competent counsel who will continue to represent and keep HBDC informed of all proceedings and deadlines.

5.  Contemporaneously with this Motion, the undersigned is providing a copy of this motion to the clients, and all counsel of record.

6.  No parties object, and no parties will be prejudiced by the withdrawal, and the case will not be delayed.

7.  There are currently no deadlines or scheduled proceedings in this matter.

8.  Mr. Thompson will continue to represent HBDC herein, however, HBDC is notified that it must have counsel in this matter, and that failure to obtain new counsel, if and when it becomes unrepresented, can lead to sanctions.

WHEREFORE, Stephen E Kapnik respectfully moves this court to grant this Motion to Withdraw as counsel of record for HBDC for good cause.

Respectfully submitted this 15th day of December 2025.

/s/ Stephen E. Kapnik

Stephen E. Kapnik (Colo. Bar # 7810)
222 South Jersey Street
Denver, Colorado 80224
Telephone (303) 489-9740
Email: StephenKapniktutoring@gmail.com

/s/ Alan S. Thompson

Alan S. Thompson (Colo. Bar #20238)
Coan Payton & Payne, LLC
999 18th St., Suite S3100
Denver, Colorado 80202
Telephone (303) 861-8888
Email: athompson@.com

Attorneys for Defendant
Hawaii Brewery Development Co., Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15th, 2025, I caused a true and correct copy of the foregoing to be filed and served via CM/ECF to counsel of record.

*/s/ Alan S. Thompson*

_____

Alan S. Thompson