**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:24-cv-00149-NYW-STV**

LEONITE FUND I, L.P.,

    *Plaintiff,*

v.

HAWAIIAN SPRINGS, LLS and HSW HOLDINGS CORPORATION,

    *Defendants,*

*and*

HAWAII BREWERY DEVELOPMENT, CO., INC.,

    *Defendant.*

---

## ENTRY OF APPEARANCE

---

    The undersigned hereby enters an appearance as counsel of record for WAIAKEA, INC., an interested party, which has offered to purchase and seeks to purchase property held in receivership in the above-captioned matter.

**SPRINGER & STEINBERG, P.C.**

*/s/Joel A. Richardson*
Joel A. Richardson, CO Bar #36805
1400 S. Colorado Blvd, Suite 500
Denver, CO 80222
Phone: (303) 861-2800
Fax: (303) 832-7116
E-mail: jrichardson@springersteinberg.com
*Attorney for Waiakea Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March 2026, a true and correct copy of the foregoing was served via CM/ECF on all parties of record.

*/s/Joel A. Richardson, Esq.*
Joel A. Richardson, Attorney for Firm